■ DAVID P. RICKICKI et al., Appellants, v BORDEN CHEMICAL, Division of BORDEN, INC., et al., Defendants, and UNIMIN CORPORATION et al., Respondents. (Action No. 1.) MICHAEL C. CROWLEY

et al., Appellants, v C-E MINERALS, INC., et al., Defendants, and NYCO MINERALS COMPANY et al., Respondents. (Action No. 2.) (Appeal No. 1.) [874 NYS2d 832]—Appeals from an order of the Supreme Court, Cattaraugus County (Patrick H. NeMoyer, J.), entered January 26, 2007. The order dismissed the complaints.

It is hereby ordered that said appeals are unanimously dismissed without costs (*see generally Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Hurlbutt, Centra, Green and Gorski, JJ.